UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | No. 1:04-CR-29-01-SM |
| | ) | |
| **PHILIPPE TAZA** | ) | |

## GOVERNMENT'S MOTION TO DISMISS

The United States of America moves to dismiss, without prejudice, pursuant to Fed. R. Crim. P. 48(a), the February 5, 2004 Indictment and the March 18, 2004 Superseding Indictment with respect to defendant Philippe Taza.

Mr. Taza has never appeared in the District of New Hampshire and has never been assigned counsel or had counsel appear on his behalf with respect to the charges set forth in the indictments. There is, therefore, no certificate of service attached to this motion.

Respectfully submitted,

JOHN P. KACAVAS
United States Attorney


By: /s/ Donald Feith
Donald Feith
Assistant U.S. Attorney
N.H. Bar Assoc. # 783
53 Pleasant Street, 5TH Floor
Concord, New Hampshire 03301
(603) 225-1552
Donald.Feith@usdoj.gov